UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES BLEDSOE | CIVIL ACTION NO. 5:16-CV-00498 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| NEWPORT PROPERTIES, L.L.C. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against defendant,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

SHREVEPORT, LOUISIANA, this  22  day of      May        , 2017.



_____
JUDGE